FILED
1/25/17 5:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Jason S. Shirey | ) Case No. 17-20045 |
| Tiffanie B. Shirey, | ) Chapter 13 |
| Debtor(s) | ) Document No. 9 |
| | ) |
| Jason S. Shirey | ) |
| Tiffanie B. Shirey, | ) |
| Movant(s) | ) |
| | ) |
| Vs. | ) |
| | ) |
| No Respondent(s) | ) |

## ORDER OF COURT

AND NOW, to wit, this  25th  day of  January , 2017, it is hereby

ORDERED, ADJUDGED and DECREED, that the debtors, Jason S. Shirey and Tiffanie B. Shirey are hereby granted an extension until February 3, 2017 to file a completed Chapter 13 petition and plan. No additional extensions will be granted.

Dated: 1/25/17

_____
GREGORY L. TADDONIO
U.S. Bankruptcy Judge

cm: Kenneth Steidl, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jason S. Shirey
Tiffanie B. Shirey
    Debtors

Case No. 17-20045-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Jan 26, 2017
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.
db/jdb       +Jason S. Shirey,   Tiffanie B. Shirey,   2190 Madison Road,   New Bethlehem, PA 16242-7312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        Kenneth Steidl   on behalf of Joint Debtor Tiffanie B. Shirey julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
        Kenneth Steidl   on behalf of Debtor Jason S. Shirey julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                          TOTAL: 5