| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jason S. Shirey** | Social Security number or ITIN  **xxx–xx–2200** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tiffanie B. Shirey** | Social Security number or ITIN  **xxx–xx–2137** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**   **1/6/17** |
| Case number:  **17–20045–GLT** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason S. Shirey | Tiffanie B. Shirey |
| 2. | **All other names used in the last 8 years** | | fka Tiffanie B. Saylor, fka Tiffanie B. Dunkle |
| 3. | **Address** | 2190 Madison Road<br>New Bethlehem, PA 16242 | 2190 Madison Road<br>New Bethlehem, PA 16242 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000 |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 2/6/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **March 6, 2017 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/5/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/5/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/5/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**3/6/17** at **03:00 PM**, Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 17-20045-GLT
Jason S. Shirey                                                            Chapter 13
Tiffanie B. Shirey
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 3            Date Rcvd: Feb 06, 2017
                              Form ID: 309I           Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
```
db/jdb       +Jason S. Shirey,    Tiffanie B. Shirey,    2190 Madison Road,   New Bethlehem, PA 16242-7312
aty          +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
tr           +Ronda J. Winnecour,   Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
14345678      ACMH Hospital,   P.O. Box 579,   Kittanning, PA 16201-0579
14345676     +ACMH Hospital,   c/o National Recovery Agency,    2491 Paxton Street,
               Harrisburg, PA 17111-1036
14345677     +ACMH Hospital,   c/o The SOS Group Collection Agency,    PO Box 16211,
               Cleveland, OH 44116-0211
14345679     +Allegheny Health Network,    P.O. Box 645266,   Pittsburgh, PA 15264-5250
14351017     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
14345680     +American Education Services & PHEAA,    & Nelnet,   PO Box 61047,   Harrisburg, PA 17106-1047
14345681     +Auto Parts Service,   313 Broad Street,    New Bethlehem, PA 16242-1003
14345682     +Bradigan Cardgard Refueling Club,    PO Box 995,   Kittanning, PA 16201-0995
14345687    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas Company,     PO Box 742537,   Cincinnati, OH 45274-2537)
14345685      Citibank & LVNV Funding,    c/o Dynamic Recovery Solutions,    PO Box 25759,
               Greenville, SC 29616-0759
14345686     +Collections Services Center, Inc.,    106 North McKean St.,   PO Box 1623,
               Butler, PA 16003-1623
14345688     +Direct TV,   c/o Enhanced Recovery Company,    PO Box 1259,   Oaks, PA 19456-1259
14345690     +Downing Sanitation,   464 Kelley Estates,    Fairmount City, PA 16224-4112
14345691     +First Premier Bank,   c/o First National Collection Bureau,    610 Waltham Way,
               Sparks, NV 89434-6695
14345692      First Premier Bank & Jefferson Capital,    Systems c/o Vision Financial Group,   PO Box 460260,
               Saint Louis, MO 63146-7260
14345693     +Foundation Radiology Group,    PO Box 1198,   Somerset, PA 15501-0336
14345694     +Glade Run Medical,   PO Box 977,    Kittanning, PA 16201-0977
14358723      Great Lakes,   P. O. Box 3059,   Milwaukee, WI 53201-3059
14345696     +Gruver Contracting,   159 Pheasant Farm Road,    New Bethlehem, PA 16242-7621
14345697     +Heilig Meyer Furniture,    c/o Dynamic Recovery Solutions,   PO Box 25759,
               Greenville, SC 29616-0759
14345698     +Jason Lewis, Esq.,   423 Market Street,    Kittanning, PA 16201-1441
14358728      LVNV Funding,   c/o Dynamic Recovery Solutions,    PO Box 25759,   Greenville, SC 29616-0759
14358701     +LVNV Funding,   c/o Northland Group, Inc.,    PO Box 390846,   Minneapolis, MN 55439-0846
14358730     +Mahoning Township Municipal Authority,    PO Box 60,   Distant, PA 16223-0060
14345700     +Mahoning Township Municpal Authority,    PO Box 60,   Distant, PA 16223-0060
14345701     +Mahoning Township Sewage,    PO Box 47,   Distant, PA 16223-0047
14358731     +Mahoning Township Sewage,    PO Box 60,   Distant, PA 16223-0060
14345702      Murphy’s Music,   c/o A1 Collection Services,    101 Grovers Mill Road, Suite 303,
               Lawrenceville, NJ 08648-4706
14345703     +National City Bank & LVNV Funding,    c/o Northland Group, Inc.,   PO Box 390846,
               Minneapolis, MN 55439-0846
14352845     +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
14358735     +PNC Bank,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14345706     +PNC Mortgage,   c/o KML Law Group PC,    Suite 500 BNY Mellon Independence Center,
               701 Market Street,   Philadelphia, PA 19106-1538
14345705     +PNC Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
14345707     +S&T Bank,   800 Philadelphia Street,    Indiana, PA 15701-3908
14345708     +Sirius Satellite,   c/o EOS-CCA Collection Agency,    700 Longwater Drive,
               Norwell, MA 02061-1624
14345709     +Verizon Wireless,   PO Box 4002,   Acworth, GA 30101-9003
14345711     +Windstream,   1720 Galleria Boulevard,    Charlotte, NC 28270-2408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: julie.steidl@steidl-steinberg.com Feb 07 2017 01:46:41      Kenneth Steidl,
               Steidl & Steinberg,   Suite 2830 Gulf Tower,    707 Grant Street,   Pittsburgh, PA 15219
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2017 01:47:16      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Feb 07 2017 01:47:21
               Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
cr           +EDI: AISACG.COM Feb 07 2017 01:23:00      Capital One Auto Finance, a division of Capital On,
               c/o Ascension Capital Group,   P.O. Box 165028,    Irving, TX  75016,
               UNITED STATES 75016-5028
14345683      EDI: CAPONEAUTO.COM Feb 07 2017 01:23:00      Capital One Auto Finance,   PO Box 60511,
               City of Industry, CA 91716-0511
14348312     +EDI: AISACG.COM Feb 07 2017 01:23:00      Capital One Auto Finance, c/o Ascension Capital Gr,
               P.O. Box 201347,   Arlington, TX 76006-1347
```

```
District/off: 0315-2               User: mgut                 Page 2 of 3                   Date Rcvd: Feb 06, 2017
                                   Form ID: 309I              Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14358711       +E-mail/Text: mmbk@fenton-mcgarvey.com Feb 07 2017 01:46:48      Capital One Bank,
                 c/o FENTON & MCGARVEY LAW FIRM PSC,    attn: Robert Baroska, Esquire,
                 2401 STANLEY GAULT PARKWAY,    Louisville, KY 40223-4175
14358710       +EDI: CAPITALONE.COM Feb 07 2017 01:23:00      Capital One Bank,    1500 Capital One Drive,
                 Richmond, VA 23286-0001
14345684       +EDI: PRA.COM Feb 07 2017 01:23:00      Capital One Bank,    c/o Portfolio Recovery Associates,
                 140 Corporate Boulevard,    Norfolk, VA 23502-4952
14345689        EDI: ESSL.COM Feb 07 2017 01:23:00      Dish Network,    PO Box 7203,    Pasadena, CA 91109-7303
14345695        EDI: PHINAMERI.COM Feb 07 2017 01:23:00      GM Financial,    PO Box 183834,
                 Arlington, TX 76096-3834
14345699       +EDI: PRA.COM Feb 07 2017 01:23:00      Kay Jewelers & Sterling Jewelry,
                 c/o Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541-0914
14358729       +EDI: FSAE.COM Feb 07 2017 01:23:00      LVNV Funding,    c/o Firstsource,
                 205 Bryant Woods South,    Amherst, NY 14228-3609
14355382        EDI: RESURGENT.COM Feb 07 2017 01:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Windstream Communications,,    Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14345704       +EDI: CCS.COM Feb 07 2017 01:23:00      Nationwide Insurance,    c/o Credit Collection Services,
                 725 Canton Street,    Norwood, MA 02062-2679
14345710        E-mail/Text: bankruptcy@firstenergycorp.com Feb 07 2017 01:47:28      West Penn Power Company,
                 PO Box 3687,    Akron, OH 44309-3687
14345712       +EDI: FSAE.COM Feb 07 2017 01:23:00      Windstream & LVNV Funding,    c/o Firstsource,
                 205 Bryant Woods South,    Amherst, NY 14228-3609
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14358714        Department of Education
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14358704*       ACMH Hospital,    P.O. Box 579,    Kittanning, PA 16201-0579
14358702*      +ACMH Hospital,    c/o National Recovery Agency,    2491 Paxton Street,
                 Harrisburg, PA 17111-1036
14358703*      +ACMH Hospital,    c/o The SOS Group Collection Agency,    PO Box 16211,
                 Cleveland, OH 44116-0211
14358705*      +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14358706*      +Auto Parts Service,    313 Broad Street,    New Bethlehem, PA 16242-1003
14358707*      +Bradigan Cardgard Refueling Club,    PO Box 995,    Kittanning, PA 16201-0995
14358713*     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas Company,    PO Box 742537,    Cincinnati, OH 45274-2537)
14358708*       Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
14358709*      +Capital One Bank,    c/o Portfolio Recovery Associates,    140 Corporate Boulevard,
                 Norfolk, VA 23502-4952
14358712*      +Collections Services Center, Inc.,    106 North McKean St.,    PO Box 1623,
                 Butler, PA 16003-1623
14358715*      +Direct TV,    c/o Enhanced Recovery Company,    PO Box 1259,    Oaks, PA 19456-1259
14358716*       Dish Network,    PO Box 7203,    Pasadena, CA 91109-7303
14358717*      +Downing Sanitation,    464 Kelley Estates,    Fairmount City, PA 16224-4112
14358718*      +First Premier Bank,    c/o First National Collection Bureau,    610 Waltham Way,
                 Sparks, NV 89434-6695
14358719*       First Premier Bank & Jefferson Capital,    Systems c/o Vision Financial Group,    PO Box 460260,
                 Saint Louis, MO 63146-7260
14358720*      +Foundation Radiology Group,    PO Box 1198,    Somerset, PA 15501-0336
14358722*       GM Financial,    PO Box 183834,    Arlington, TX 76096-3834
14358721*      +Glade Run Medical,    PO Box 977,    Kittanning, PA 16201-0977
14358724*      +Gruver Contracting,    159 Pheasant Farm Road,    New Bethlehem, PA 16242-7621
14358725*      +Heilig Meyer Furniture,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14358726*      +Jason Lewis, Esq.,    423 Market Street,    Kittanning, PA 16201-1441
14358727*      +Kay Jewelers & Sterling Jewelry,    c/o Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541-0914
14358732*       Murphy’s Music,    c/o A1 Collection Services,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
14358733*      +Nationwide Insurance,    c/o Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
14358734*      +PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
14358736*      +PNC Mortgage,    c/o KML Law Group PC,    Suite 500 BNY Mellon Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14358737*      +S&T Bank,    800 Philadelphia Street,    Indiana, PA 15701-3908
14358738*      +Sirius Satellite,    c/o EOS-CCA Collection Agency,    700 Longwater Drive,
                 Norwell, MA 02061-1624
14358739*      +Verizon Wireless,    PO Box 4002,    Acworth, GA 30101-9003
14358740*       West Penn Power Company,    PO Box 3687,    Akron, OH 44309-3687
14358741*      +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
                                                                                   TOTALS: 2, * 32, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2          User: mgut              Page 3 of 3            Date Rcvd: Feb 06, 2017
                              Form ID: 309I           Total Noticed: 57
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2017 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Joint Debtor Tiffanie B. Shirey julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Kenneth  Steidl    on behalf of Debtor Jason S. Shirey julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```