IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Bankruptcy Case Number: **17-20045**

Debtor#1: **Jason S. Shirey**                                              Last Four (4) Digits of SSN: **2200**

Debtor#2: **Tiffanie B. Shirey**                                           Last Four (4) Digits of SSN: **2137**
*Check if applicable*     **Amended Plan**     ☐ **Plan expected to be completed within the next 12 months**

### CHAPTER 13 PLAN DATED FEBRUARY 3, 2017
### COMBINED WITH CLAIMS BY DEBTOR PURSUANT TO RULE 3004

*UNLESS PROVIDED BY PRIOR COURT ORDER THE OFFICIAL PLAN FORM MAY NOT BE MODIFIED*

**PLAN FUNDING**
   Total amount of **$2,537.00** per month for a plan term of **60** months shall be paid to the Trustee from future earnings as follows:
   Payments:          By Income Attachment            Directly by Debtor              By Automated Bank Transfer
   D#1              $**2,537.00**_____        $_____             $_____
   D#2              $_____              $_____             $_____
   (Income attachments must be used by Debtors having attachable income)           (SSA direct deposit recipients only)

   Estimated amount of additional plan funds from sale proceeds, etc.: $_____
   The Trustee shall calculate the actual total payments estimated throughout the plan.
   The responsibility for ensuring that there are sufficient funds to effectuate the goals of the Chapter 13 plan rests with the Debtor.

**PLAN PAYMENTS TO BEGIN**: no later than one month following the filing of the bankruptcy petition.

**FOR AMENDED PLANS**:
   i.   The total plan payments shall consist of all amounts previously paid together with the new monthly payment for the remainder of the plan's duration.
   ii.  The original plan term has been extended by _____months for a total of _____months from the original plan filing date;
   iii. The payment shall be changed effective.
   iv.  The Debtor (s) have filed a motion requesting that the court appropriately change the amount of all wage orders.

   The Debtor agrees to dedicate to the plan the estimated amount of sale proceeds: $_____from the sale of this property (describe) _____. All sales shall be completed by_____. Lump sum payments shall be received by the Trustee as follows: _____.
   Other payments from any source (describe specifically) _____ shall be received by the Trustee as follows: _____.

**The sequence of plan payments shall be determined by the Trustee, using the following as a general guide:**

   *Level One:*     Unpaid filing fees.
   *Level Two:*     Secured claims and lease payments entitled to Section 1326 (a)(1)(C) pre-confirmation adequate    protection payments.
   *Level Three:*   Monthly ongoing mortgage payments, ongoing vehicle and lease payments, installments on professional fees, and post-petition utility claims.
   *Level Four:*    Priority Domestic Support Obligations.
   *Level Five:*    Mortgage arrears, secured taxes, rental arrears, vehicle payment arrears.
   *Level Six:*     All remaining secured, priority and specially classified claims, miscellaneous secured arrears.
   *Level Seven:*   Allowed general unsecured claims.
   *Level Eight:*   Untimely filed unsecured claims for which the Debtor has not lodged an objection.

**1. UNPAID FILING FEES** _____

Filing fees: the balance of $_____ shall be fully paid by the Trustee to the Clerk of Bankruptcy Court from the first available funds.

**PAWB Local Form 10 (07/13)**

**2. PERSONAL PROPERTY SECURED CLAIMS AND LEASE PAYMENTS ENTITLED TO PRECONFIRMATION ADEQUATE PROTECTION PAYMENTS UNDER SECTION 1326 (a)(1)(C)**

*Creditors subject to these terms are identified below within parts 3b, 4b, 5b or 8b.* Timely plan payments to the Trustee by the Debtor(s) shall constitute compliance with the adequate protection requirements of Section 1326 (a)(1)(C). Distributions prior to final plan confirmation shall be made at Level 2. Upon final plan confirmation, these distributions shall change to level 3. Leases provided for in this section are assumed by the Debtor(s).

**3(a). LONG TERM CONTINUING DEBTS CURED AND REINSTATED, AND LIEN (if any) RETAINED**

| Name of Creditor (include account #) | Description of Collateral (Address or parcel ID of real estate, etc.) | Monthly Payment (If changed, state effective date) | Pre-petition arrears to be cured (w/o interest, unless expressly stated) |
|---|---|---|---|
| **PNC Bank (4836)** | **2190 Madison Road, New Bethlehem, PA 16242** | **$460.55** | **$3,905.69** |
| | | | |
| | | | |

3(b). *Long term debt claims secured by PERSONAL property entitled to §1326 (a)(1)(C) preconfirmation adequate protection payments:*

| | | | |
|---|---|---|---|
| | | | |

**4. SECURED CLAIMS TO BE PAID IN FULL DURING TERM OF PLAN, ACCORDING TO ORIGINAL CONTRACT TERMS, WITH NO MODIFICATION OF CONTRACTUAL TERMS AND LIENS RETAINED UNTIL PAID**

4(a). *Claims to be paid at plan level three (for vehicle payments, do not use "pro rata" but instead, state the monthly payment to be applied to the claim):*

| Name of Creditor | Description of Collateral | Contractual Monthly Payment (Level 3) | Principal Balance Of Claim | Contract Rate of Interest |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

4(b). *Claims entitled to preconfirmation adequate protection payments pursuant to Section 1326 (a)(1)(C) (Use only if claim qualifies for this treatment under the statute, and if claims are to be paid at level two prior to confirmation, and moved to level three after confirmation):*

| Name of Creditor | Description of Collateral | Contractual Monthly Payment (Level 3) | Principal Balance Of Claim | Contract Rate of Interest |
|---|---|---|---|---|
| | | | | |

**5. SECURED CLAIMS TO BE FULLY PAID ACCORDING TO MODIFIED TERMS AND LIENS RETAINED**

5(a). *Claims to be paid at plan level three (for vehicle payments, do not use "pro rata"; instead, state the monthly payment to be applied to the claim)*

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate | Monthly Payment at Level 3 or Pro Rata |
|---|---|---|---|---|
| **Capital One Auto Finance** | **2013 FORD TRUCK F150 Pickup SuperCrew XLT 4WD** | **$28,081.54** | **5%** | **$529.93** |
| **GM Financial** | **2011 Ford Escape** | **$13,997.92** | **5%** | **$264.16** |

**PAWB Local Form 10 (07/13)**

5(b). *Claims entitled to preconfirmation adequate protection payments pursuant to Section 1326 (a)(1)(C) (Use only if claim qualifies for this treatment under the statute, and if claims are to be paid at level two prior to confirmation, and moved to level three after confirmation):*

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate | Monthly Payment at Level 3 or Pro Rata |
|---|---|---|---|---|
|  |  |  |  |  |

**6. SECURED CLAIMS NOT PAID DUE TO SURRENDER OF COLLATERAL; SPECIFY DATE OF SURRENDER**

**7. THE DEBTOR PROPOSES TO AVOID OR LIMIT THE LIENS OF THE FOLLOWING CREDITORS:**

| Name the Creditor and identify the collateral with specificity. | Name the Creditor and identify the collateral with specificity. |
|---|---|
|  |  |
|  |  |
|  |  |

**8. LEASES. Leases provided for in this section are assumed by the debtor(s). Provide the number of lease payments to be made by the Trustee**.

8(a). *Claims to be paid at plan level three (for vehicle payments, do not use "pro rata"; instead, state the monthly payment to be applied to the claim):*

| Name of Creditor (include account#) | Description of leased asset | Monthly payment amount and number of payments | Pre-petition arrears to be cured (Without interest, unless expressly stated otherwise) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

8(b). *Claims entitled to preconfirmation adequate protection payments pursuant to Section 1326 (a)(1)(C) (Use only if claim qualifies for this treatment under the statute, and if claims are to be paid at level two prior to confirmation, and moved to level three after confirmation):*

| Name of Creditor (include account#) | Description of leased asset | Monthly payment amount and number of payments | Pre-petition arrears to be cured (Without interest, unless expressly stated otherwise) |
|---|---|---|---|
|  |  |  |  |

**9. SECURED TAX CLAIMS FULLY PAID AND LIENS RETAINED**

| Name of Taxing Authority | Total Amount of Claim | Type of Tax | Rate of Interest * | Identifying Number(s) if Collateral is Real Estate | Tax Periods |
|---|---|---|---|---|---|
| **Mahoning Township Municipal Authority** | **$258.00** | **Municipal** | **10%** | 050.07-01-71 | 2016-1/2017 |
| **Mahoning Township Sewage** | **$553.00** | **Sewage** | **10%** | 050.07-01-71 | 2016-1/2017 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* *The secured tax claims of the Internal Revenue Service, Commonwealth of Pennsylvania and County of Allegheny shall bear interest at the statutory rate in effect as of the date of confirmation of the first plan providing for payment of such claims.*

**PAWB Local Form 10 (07/13)**

**10. PRIORITY DOMESTIC SUPPORT OBLIGATIONS:**

If the Debtor (s) is currently paying Domestic Support Obligations through existing state court order(s) and leaves this section blank, the Debtor (s) expressly agrees to continue paying and remain current on all Domestic Support Obligations through existing state court orders.  If this payment is for prepetition arrearages only, check here: ☐   As to "Name of Creditor," specify the actual payee, e.g. PA SCDU, etc.

| Name of Creditor | Description | Total Amount of Claim | Monthly Payment or Prorata |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**11. PRIORITY UNSECURED TAX CLAIMS PAID IN FULL**

| Name of Taxing Authority | Total Amount of Claim | Type of Tax | Rate of Interest (0% if blank) | Tax Periods |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**12. ADMINISTRATIVE PRIORITY CLAIMS TO BE FULLY PAID**
   a.  Percentage fees payable to the Chapter 13 Fee and Expense Fund shall be paid at the rate fixed by the United States Trustee.
   b.  Attorney fees are payable to **Steidl & Steinberg, Suite 2830- Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219**. In addition to a retainer of $**600.00** already paid by or on behalf of the Debtor, the amount of $**3,400.00** is to be paid at the rate of $**200.00** per month.  Including any retainer paid, a total of $_____ has been approved pursuant to a fee application.  An additional **$0.00** will be sought through a fee application to be filed and approved before any additional amount will be paid thru the Plan.

**13. OTHER PRIORITY CLAIMS TO BE PAID IN FULL**

| Name of Creditor | Total Amount of Claim | Interest Rate (0% if blank) | Statute Providing Priority Status |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**14. POST-PETITION UTILITY MONTHLY PAYMENTS.** This provision completed only if utility provider has agreed to this treatment.

These payments comprise a single monthly combined payment for post-petition utility services, any post-petition delinquencies and unpaid security deposits. The claim payment will not change for the life of the plan. Should the utility file a motion requesting a payment change, the Debtor will be required to file an amended plan. These payments may not resolve all of the post-petition claims of the utility. The utility may require additional funds from the Debtor (s) after discharge.

**PAWB Local Form 10 (07/13)**

| Name of Creditor | Monthly Payment | Post-petition Account Number |
|---|---|---|
|  |  |  |
|  |  |  |

**15. CLAIMS OF UNSECURED NONPRIORITY CREDITORS TO BE SPECIALLY CLASSIFIED.** If the following is intended to be treated as long term continuing debt treatment pursuant to Section 1322(b)(5) of the Bankruptcy Code, check here: ☐

| Name of Creditor | Principal Balance or Long Term Debt | Rate of Interest (0% if blank) | Monthly Payments | Arrears to be Cured | Interest Rate on Arrears |
|---|---|---|---|---|---|
| **PHEAA** | **$3,727.83** | **2.65%** | **$66.41** |  |  |
| **Great Lakes** | **$17,130.00** | **2.65%** | **$305.15** |  |  |

**16. CLAIMS OF GENERAL, NONPRIORITY UNSECURED CREDITORS**

Debtor(s) ESTIMATE that a total of $**39,456.04** will be available for distribution to unsecured, non-priority creditors. Debtor(s) UNDERSTAND that a MINIMUM of $**0.00** shall be paid to unsecured, non-priority creditors in order to comply with the liquidation alternative test for confirmation. The total pool of funds estimated above is NOT the MAXIMUM amount payable to this class of creditors. Instead, the actual pool of funds available for payment to these creditors under the plan base will be determined only after audit of the plan at time of completion. The estimated percentage of payment to general unsecured creditors is **100%**. The percentage of payment may change, based upon the total amount of allowed claims. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within thirty (30) days of filing the claim. Creditors not specifically identified in Parts 1 - 15, above, are included in this class.

**GENERAL PRINCIPLES APPLICABLE TO ALL CHAPTER 13 PLANS**

  This is the voluntary Chapter 13 reorganization plan of the Debtor (s). The Debtor (s) understand and agree that the Chapter 13 plan may be extended as necessary by the Trustee, to not more than sixty (60) months, in order to insure that the goals of the plan have been achieved. Property of the estate shall not re-vest in the Debtor (s) until the bankruptcy case is closed.

  The Debtor (s) shall comply with the tax return filing requirements of Section 1308, prior to the Section 341 Meeting of Creditors, and shall provide the Trustee with documentation of such compliance at or before the time of the Section 341 Meeting of Creditors. Counsel for the Debtor(s), or Debtor (if not represented by counsel), shall provide the Trustee with the information needed for the Trustee to comply with the requirements of Section 1302 as to notification to be given to Domestic Support Obligation creditors, and Counsel for the Debtor(s), or Debtor (if pro se) shall provide the Trustee with the calculations relied upon by Counsel to determine the Debtor (s)' current monthly income and disposable income.

  As a condition to eligibility of the Debtor(s) to receive a discharge upon successful completion of the plan, Counsel for the debtor(s), or the debtor(s) if not represented by counsel, shall file with the Court Local Bankruptcy Form 24 (Debtor's Certification of Discharge Eligibility) within forty-five (45) days after making the final plan payment.

  All pre-petition debts are paid through the Trustee. Additionally, ongoing payments for vehicles, mortgages and assumed leases are also paid through the Trustee, unless the Court orders otherwise.

  Percentage fees to the Trustee are paid on all distributions at the rate fixed by the United States Trustee. The Trustee has the discretion to adjust, interpret and implement the distribution schedule to carry out the plan. The Trustee shall follow this standard plan form sequence unless otherwise ordered by the Court.

  The provisions for payment to secured, priority and specially classified creditors in this plan shall constitute claims in accordance with Bankruptcy Rule 3004. Proofs of claim by the Trustee will not be required. The Clerk shall be entitled to rely on the accuracy of the information contained in this plan with regard to each claim. If the secured, priority or specially classified creditor files its own claim, then the creditor's claim shall govern, provided the Debtor (s) and Debtor (s)' counsel have been given notice and an opportunity to object. The Trustee is authorized, without prior notice, to pay claims exceeding the amount provided in the plan by not more than $250.

**PAWB Local Form 10 (07/13)**

      Any Creditor whose secured claim is modified by the plan, or reduced by separate lien avoidance actions, shall retain its lien until the plan has been fully completed, or until it has been paid the full amount to which it is entitled under applicable non-bankruptcy law, whichever occurs earlier**.**  Upon payment in accordance with these terms and successful completion of the plan by the Debtor (s), the creditor shall promptly cause all mortgages and liens encumbering the collateral to be satisfied, discharged and released

      Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record,  (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects.

      Both of the preceding provisions will also apply to allowed secured, priority and specially classified claims filed after the bar date. LATE-FILED CLAIMS NOT PROPERLY SERVED ON THE TRUSTEE AND THE DEBTOR(S)' COUNSEL OF RECORD (OR DEBTOR, IF PRO SE) WILL NOT BE PAID.  The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor.

**BY SIGNING THIS PLAN THE UNDERSIGNED, AS COUNSEL FOR THE DEBTOR(S), OR THE DEBTOR(S) IF NOT REPRESENTED BY COUNSEL, CERTIFY THAT I/WE HAVE REVIEWED ANY PRIOR CONFIRMED PLAN(S), ORDER(S) CONFIRMING PRIOR PLAN(S), PROOFS OF CLAIM FILED WITH THE COURT BY CREDITORS, AND ANY ORDERS OF COURT AFFECTING THE AMOUNT(S) OR TREATMENT OF ANY CREDITOR CLAIMS, AND EXCEPT AS MODIFIED HEREIN, THAT THIS PROPOSED PLAN CONFORMS TO AND IS CONSISTENT WITH ALL SUCH PRIOR PLANS, ORDERS AND CLAIMS.  FALSE CERTIFICATIONS SHALL SUBJECT THE SIGNATORIES TO SANCTIONS UNDER FED.R.BANK.P. 9011.**

Attorney Signature: /s/ Kenneth Steidl

Attorney Name and Pa. ID # Kenneth Steidl 34965

Attorney Address and Phone: 707 Grant Street, Suite 2830-Gulf Tower, Pittsburgh, PA 15219
      412-391-8000

Debtor Signature:  /s/ Jason S. Shirey

Debtor Signature /s/ Tiffanie B. Shirey

**PAWB Local Form 10 (07/13)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-20045-GLT
Jason S. Shirey                                                         Chapter 13
Tiffanie B. Shirey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 3          Date Rcvd: Feb 06, 2017
                              Form ID: pdf900         Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
```
db/jdb         +Jason S. Shirey,    Tiffanie B. Shirey,    2190 Madison Road,    New Bethlehem, PA 16242-7312
14345678        ACMH Hospital,    P.O. Box 579,    Kittanning, PA 16201-0579
14345676       +ACMH Hospital,    c/o National Recovery Agency,    2491 Paxton Street,
                 Harrisburg, PA 17111-1036
14345677       +ACMH Hospital,    c/o The SOS Group Collection Agency,    PO Box 16211,
                 Cleveland, OH 44116-0211
14345679       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14351017       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14345680       +American Education Services & PHEAA,    & Nelnet,    PO Box 61047,    Harrisburg, PA 17106-1047
14345681       +Auto Parts Service,    313 Broad Street,    New Bethlehem, PA 16242-1003
14345682       +Bradigan Cardgard Refueling Club,    PO Box 995,    Kittanning, PA 16201-0995
14345687      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas Company,     PO Box 742537,    Cincinnati, OH 45274-2537)
14358710       +Capital One Bank,    1500 Capital One Drive,    Richmond, VA 23286-0001
14345685        Citibank & LVNV Funding,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14345686       +Collections Services Center, Inc.,    106 North McKean St.,    PO Box 1623,
                 Butler, PA 16003-1623
14345688       +Direct TV,   c/o Enhanced Recovery Company,    PO Box 1259,    Oaks, PA 19456-1259
14345690       +Downing Sanitation,    464 Kelley Estates,    Fairmount City, PA 16224-4112
14345691       +First Premier Bank,    c/o First National Collection Bureau,    610 Waltham Way,
                 Sparks, NV 89434-6695
14345692        First Premier Bank & Jefferson Capital,    Systems c/o Vision Financial Group,    PO Box 460260,
                 Saint Louis, MO 63146-7260
14345693       +Foundation Radiology Group,    PO Box 1198,    Somerset, PA 15501-0336
14345695        GM Financial,    PO Box 183834,    Arlington, TX 76096-3834
14345694       +Glade Run Medical,    PO Box 977,    Kittanning, PA 16201-0977
14358723        Great Lakes,    P. O. Box 3059,    Milwaukee, WI 53201-3059
14345696       +Gruver Contracting,    159 Pheasant Farm Road,    New Bethlehem, PA 16242-7621
14345697       +Heilig Meyer Furniture,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14345698       +Jason Lewis, Esq.,    423 Market Street,    Kittanning, PA 16201-1441
14358728        LVNV Funding,    c/o Dynamic Recovery Solutions,    PO Box 25759,    Greenville, SC 29616-0759
14358701       +LVNV Funding,    c/o Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
14358729       +LVNV Funding,    c/o Firstsource,    205 Bryant Woods South,    Amherst, NY 14228-3609
14358730       +Mahoning Township Municipal Authority,    PO Box 60,    Distant, PA 16223-0060
14345700       +Mahoning Township Municpal Authority,    PO Box 60,    Distant, PA 16223-0060
14345701       +Mahoning Township Sewage,    PO Box 47,    Distant, PA 16223-0047
14358731       +Mahoning Township Sewage,    PO Box 60,    Distant, PA 16223-0060
14345702        Murphy’s Music,    c/o A1 Collection Services,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
14345703       +National City Bank & LVNV Funding,    c/o Northland Group, Inc.,    PO Box 390846,
                 Minneapolis, MN 55439-0846
14352845       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
14358735       +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14345706       +PNC Mortgage,    c/o KML Law Group PC,    Suite 500 BNY Mellon Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14345705       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14345707       +S&T Bank,    800 Philadelphia Street,    Indiana, PA 15701-3908
14345708       +Sirius Satellite,    c/o EOS-CCA Collection Agency,    700 Longwater Drive,
                 Norwell, MA 02061-1624
14345709       +Verizon Wireless,    PO Box 4002,    Acworth, GA 30101-9003
14345711       +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
14345712       +Windstream & LVNV Funding,    c/o Firstsource,    205 Bryant Woods South,
                 Amherst, NY 14228-3609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 07 2017 01:30:39
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
14345683        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 07 2017 01:30:41
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
14348312       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 07 2017 01:31:29
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14358711       +E-mail/Text: mmbk@fenton-mcgarvey.com Feb 07 2017 01:46:49     Capital One Bank,
                 c/o FENTON & MCGARVEY LAW FIRM PSC,    attn: Robert Baroska, Esquire,
                 2401 STANLEY GAULT PARKWAY,    Louisville, KY 40223-4175
14345684       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2017 01:54:46     Capital One Bank,
                 c/o Portfolio Recovery Associates,    140 Corporate Boulevard,    Norfolk, VA 23502-4952
14345689        E-mail/Text: Bankruptcy.Consumer@dish.com Feb 07 2017 01:47:20     Dish Network,    PO Box 7203,
                 Pasadena, CA 91109-7303
```

```
District/off: 0315-2          User: mgut                  Page 2 of 3                   Date Rcvd: Feb 06, 2017
                              Form ID: pdf900             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14345699        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2017 01:55:15
                 Kay Jewelers & Sterling Jewelry,   c/o Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541-0914
14355382         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2017 01:30:41
                 LVNV Funding, LLC its successors and assigns as,   assignee of Windstream Communications,,
                 Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14345704        +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 07 2017 01:47:59         Nationwide Insurance,
                 c/o Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
14345710         E-mail/Text: bankruptcy@firstenergycorp.com Feb 07 2017 01:47:29       West Penn Power Company,
                 PO Box 3687,   Akron, OH 44309-3687
                                                                                                TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK, NATIONAL ASSOCIATION
14358714         Department of Education
cr*             +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
14358704*        ACMH Hospital,   P.O. Box 579,   Kittanning, PA 16201-0579
14358702*       +ACMH Hospital,   c/o National Recovery Agency,   2491 Paxton Street,
                 Harrisburg, PA 17111-1036
14358703*       +ACMH Hospital,   c/o The SOS Group Collection Agency,   PO Box 16211,
                 Cleveland, OH 44116-0211
14358705*       +Allegheny Health Network,   P.O. Box 645266,   Pittsburgh, PA 15264-5250
14358706*       +Auto Parts Service,   313 Broad Street,   New Bethlehem, PA 16242-1003
14358707*       +Bradigan Cardgard Refueling Club,   PO Box 995,   Kittanning, PA 16201-0995
14358713*      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas Company,   PO Box 742537,   Cincinnati, OH 45274-2537)
14358708*        Capital One Auto Finance,   PO Box 60511,   City of Industry, CA 91716-0511
14358709*       +Capital One Bank,   c/o Portfolio Recovery Associates,   140 Corporate Boulevard,
                 Norfolk, VA 23502-4952
14358712*       +Collections Services Center, Inc.,   106 North McKean St.,   PO Box 1623,
                 Butler, PA 16003-1623
14358715*       +Direct TV,   c/o Enhanced Recovery Company,   PO Box 1259,   Oaks, PA 19456-1259
14358716*        Dish Network,   PO Box 7203,   Pasadena, CA 91109-7303
14358717*       +Downing Sanitation,   464 Kelley Estates,   Fairmount City, PA 16224-4112
14358718*       +First Premier Bank,   c/o First National Collection Bureau,   610 Waltham Way,
                 Sparks, NV 89434-6695
14358719*        First Premier Bank & Jefferson Capital,   Systems c/o Vision Financial Group,   PO Box 460260,
                 Saint Louis, MO 63146-7260
14358720*       +Foundation Radiology Group,   PO Box 1198,   Somerset, PA 15501-0336
14358722*        GM Financial,   PO Box 183834,   Arlington, TX 76096-3834
14358721*       +Glade Run Medical,   PO Box 977,   Kittanning, PA 16201-0977
14358724*       +Gruver Contracting,   159 Pheasant Farm Road,   New Bethlehem, PA 16242-7621
14358725*       +Heilig Meyer Furniture,   c/o Dynamic Recovery Solutions,   PO Box 25759,
                 Greenville, SC 29616-0759
14358726*       +Jason Lewis, Esq.,   423 Market Street,   Kittanning, PA 16201-1441
14358727*       +Kay Jewelers & Sterling Jewelry,   c/o Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541-0914
14358732*        Murphy's Music,   c/o A1 Collection Services,   101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
14358733*       +Nationwide Insurance,   c/o Credit Collection Services,   725 Canton Street,
                 Norwood, MA 02062-2679
14358734*       +PHEAA,   PO BOX 8147,   Harrisburg, PA 17105-8147
14358736*       +PNC Mortgage,   c/o KML Law Group PC,   Suite 500 BNY Mellon Independence Center,
                 701 Market Street,   Philadelphia, PA 19106-1538
14358737*       +S&T Bank,   800 Philadelphia Street,   Indiana, PA 15701-3908
14358738*       +Sirius Satellite,   c/o EOS-CCA Collection Agency,   700 Longwater Drive,
                 Norwell, MA 02061-1624
14358739*       +Verizon Wireless,   PO Box 4002,   Acworth, GA 30101-9003
14358740*        West Penn Power Company,   PO Box 3687,   Akron, OH 44309-3687
14358741*       +Windstream,   1720 Galleria Boulevard,   Charlotte, NC 28270-2408
                                                                                              TOTALS: 2, * 32, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: mgut              Page 3 of 3             Date Rcvd: Feb 06, 2017
                              Form ID: pdf900         Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Joint Debtor Tiffanie B. Shirey julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Kenneth   Steidl    on behalf of Debtor Jason S. Shirey julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5
```