IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jason S. Shirey ) | |
| Tiffanie B. Shirey, ) | Case No. 17-20045 |
| *Debtor(s)* ) | Chapter 13 |
| ) | |
| Jason S. Shirey, ) | Related to Docket No. 20 |
| Social Security No. XXX-XX-2200 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Rosebud Mining Company and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondent(s)* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 10, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Rosebud Mining Company
Attn: Payroll Dept.
301 Market Street
Kittanning, PA 16201

Date of Service:    February 10, 2017    /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com