**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-20045-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Jason S. Shirey  
2190 Madison Road  
New Bethlehem PA 16242

Tiffanie B. Shirey  
2190 Madison Road  
New Bethlehem PA 16242

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: PHEAA, PO BOX 8147, HARRISBURG PA  17105

Name and Address of Transferee:

Educational Credit Management Corp.  
PO BOX 16408  
St. Paul, MN 55116

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/29/17

Michael R. Rhodes  
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason S. Shirey  
Tiffanie B. Shirey  
      Debtors

Case No. 17-20045-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Nov 27, 2017  
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.  
14352845       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:

         James    Warmbrodt     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         Kenneth    Steidl     on behalf of Joint Debtor Tiffanie B. Shirey julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com  
         Kenneth    Steidl     on behalf of Debtor Jason S. Shirey julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com

                                                                                                                          TOTAL: 5