IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/12/19 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | |
| Jason S. Shirey | Case No. 17-20045 GLT |
| Tiffanie B. Shirey, | Chapter 13 |
|    Debtors | |
| | Docket No. |
| | Related to Dkt. No. 44 |
| Jason S. Shirey | |
| Tiffanie B. Shirey, | |
|    Movants | |
| vs. | |
| LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N. A. c/o Resurgent Capital Services, | |
|    Respondent | |

## MODIFIED ORDER OF COURT

AND NOW, to wit, this 12th Day of April, 2019, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 11 is stricken.

Movant shall serve a copy of this Order on respondents, their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

Prepared by: ___Kenneth Steidl, Esq.___

**DEFAULT ENTRY**

Dated: April 12, 2019

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

cm: Kenneth Steidl, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-20045-GLT
Jason S. Shirey                                                       Chapter 13
Tiffanie B. Shirey
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Apr 12, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
db/jdb         +Jason S. Shirey,   Tiffanie B. Shirey,   2190 Madison Road,   New Bethlehem, PA 16242-7312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Tiffanie B. Shirey julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Debtor Jason S. Shirey julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5