IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jason S. Shirey ) | Case No. 17-20045 GLT |
| Tiffanie B. Shirey, ) | Chapter 13 |
|     Debtors ) | |
| ) | Related Docket No. 47 |
| ) | |
| ) | |
| Jason S. Shirey ) | |
| Tiffanie B. Shirey, ) | |
|     Movants ) | |
| ) | |
|     vs. ) | |
| ) | |
| LVNV Funding, LLC its successors and ) | |
| assigns as assignee of Citibank (South ) | |
| Dakota), N. A. ) | |
| c/o Resurgent Capital Services, ) | |
|     Respondent ) | |

**CERTIFICATE OF SERVICE OF MODIFIED ORDER STRIKING RESPONDENT'S CLAIM**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) April 18, 2019

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:
Resurgent Capital Services
Attn: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

                                                      Respectfully submitted,

April 18, 2019　　　　　　　　　　　　　　/s/ Kenneth Steidl
DATE　　　　　　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　Suite 2830 – Gulf Tower
　　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　ken.steidl@steidl-steinberg.com
　　　　　　　　　　　　　　　　　　　　PA I.D. No. 34965