Form 151

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason S. Shirey
Tiffanie B. Shirey
fka Tiffanie B. Saylor, fka Tiffanie B. Dunkle**
   Debtor(s)

Bankruptcy Case No.: 17−20045−GLT

Chapter: 13
Docket No.: 56 − 55
Concil. Conf.: February 6, 2020 at 09:30 AM

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___2nd___ day of _____January_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail

on the respondent(s) at (list names and addresses here):

-All parties listed on the attached mailing matrix-

Executed on _____1/2/20_____            _____/s/ Kenneth Steidl_____
                   (Date)                                                    (Signature)

Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-20045-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Jan  2 10:00:35 EST 2020 | ACMH Hospital<br>P.O. Box 579<br>Kittanning, PA 16201-0579 | ACMH Hospital<br>c/o National Recovery Agency<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 |
| ACMH Hospital<br>c/o The SOS Group Collection Agency<br>PO Box 16211<br>Cleveland, OH 44116-0211 | AIS Portfolio Services<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5250 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | American Education Services & PHEAA<br>& Nelnet<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| Auto Parts Service<br>313 Broad Street<br>New Bethlehem, PA 16242-1003 | Bradigan Cardgard Refueling Club<br>PO Box 995<br>Kittanning, PA 16201-0995 | Capital One Auto Finance<br>PO Box 60511<br>City of Industry, CA 91716-0511 |
| Capital One Auto Finance, a division of Capi<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Capital One Bank<br>1500 Capital One Drive<br>Richmond, VA 23286-0001 | Capital One Bank<br>c/o FENTON & MCGARVEY LAW FIRM PSC<br>attn: Robert Baroska, Esquire<br>2401 STANLEY GAULT PARKWAY<br>Louisville, KY 40223-4175 |
| Capital One Bank<br>c/o Portfolio Recovery Associates<br>140 Corporate Boulevard<br>Norfolk, VA 23502-4952 | Citibank & LVNV Funding<br>c/o Dynamic Recovery Solutions<br>PO Box 25759<br>Greenville, SC 29616-0759 | Collections Services Center, Inc.<br>106 North McKean St.<br>PO Box 1623<br>Butler, PA 16003-1623 |
| (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Direct TV<br>c/o Enhanced Recovery Company<br>PO Box 1259<br>Oaks, PA 19456-1259 | Dish Network<br>PO Box 7203<br>Pasadena, CA 91109-7303 |
| Downing Sanitation<br>464 Kelley Estates<br>Fairmount City, PA 16224-4112 | ECMC<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 | Educational Credit Management Corp.<br>PO BOX 16408<br>St. Paul, MN 55116-0408 |
| First Premier Bank<br>c/o First National Collection Bureau<br>610 Waltham Way<br>Sparks, NV 89437-6695 | First Premier Bank & Jefferson Capital<br>Systems c/o Vision Financial Group<br>PO Box 460260<br>Saint Louis, MO 63146-7260 | Foundation Radiology Group<br>PO Box 1198<br>Somerset, PA 15501-0336 |
| GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 | Glade Run Medical<br>PO Box 977<br>Kittanning, PA 16201-0977 | Great Lakes<br>P. O. Box 3059<br>Milwaukee, WI 53201-3059 |

Gruver Contracting
159 Pheasant Farm Road
New Bethlehem, PA 16242-7621

Heilig Meyer Furniture
c/o Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616-0759

Jason Lewis, Esq.
423 Market Street
Kittanning, PA 16201-1441

Kay Jewelers & Sterling Jewelry
c/o Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541-0914

LVNV Funding
c/o Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616-0759

LVNV Funding
c/o Firstsource
205 Bryant Woods South
Amherst, NY 14228-3609

LVNV Funding
c/o Northland Group, Inc.
PO Box 390846
Minneapolis, MN 55439-0846

LVNV Funding, LLC its successors and assigns
assignee of Citibank (South Dakota),
N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of Windstream Communications,
Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mahoning Township Municipal Authority
PO Box 60
Distant, PA 16223-0060

Mahoning Township Municpal Authority
PO Box 60
Distant, PA 16223-0060

Mahoning Township Sewage
PO Box 47
Distant, PA 16223-0047

Mahoning Township Sewage
PO Box 60
Distant, PA 16223-0060

Murphy's Music
c/o A1 Collection Services
101 Grovers Mill Road, Suite 303
Lawrenceville, NJ 08648-4706

National City Bank & LVNV Funding
c/o Northland Group, Inc.
PO Box 390846
Minneapolis, MN 55439-0846

Nationwide Insurance
c/o Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

NewRez LLC d/b/a Shellpoint Mortgage Servici
P.O. Box 10826
Greenville, SC 29603-0826

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

PNC Bank
3232 Newmark Drive
Miamisburg, OH 45342-5421

PNC Mortgage
3232 Newmark Drive
Miamisburg, OH 45342-5433

PNC Mortgage
c/o KML Law Group PC
Suite 500 BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1538

PNC Mortgage, a division of PNC Bank, NA
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342-5421

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

S&T Bank
800 Philadelphia Street
Indiana, PA 15701-3908

Jason S. Shirey
2190 Madison Road
New Bethlehem, PA 16242-7312

Tiffanie B. Shirey
2190 Madison Road
New Bethlehem, PA 16242-7312

Sirius Satellite
c/o EOS-CCA Collection Agency
700 Longwater Drive
Norwell, MA 02061-1624

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

| | | |
|---|---|---|
| US DEPT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | Verizon Wireless<br>PO Box 4002<br>Acworth, GA 30101-9003 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| West Penn Power<br>5001 NASA Blvd.<br>Fairmont, WV 26554-8248 | West Penn Power Company<br>PO Box 3687<br>Akron, OH 44309-3687 | Windstream<br>1720 Galleria Boulevard<br>Charlotte, NC 28270-2408 |
| Windstream & LVNV Funding<br>c/o Firstsource<br>205 Bryant Woods South<br>Amherst, NY 14228-3609 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Columbia Gas Company<br>PO Box 742537<br>Cincinnati, OH 45274-2537 | (d)Columbia Gas of PA<br>PO Box 117<br>Columbus, OH 43216 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Americredit Financial Services, Inc. dba G<br>PO Box 183853<br>Arlington, TX 76096-3853 | (u)Department of Education | (d)NewRez LLC d/b/a Shellpoint Mortgage Servi<br>P.O. Box 10826<br>Greenville, SC  29603-0826 |
| (d)PHEAA<br>PO BOX 8147<br>Harrisburg, PA 17105-8147 | (u)PNC BANK, NATIONAL ASSOCIATION | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    67
Bypassed recipients     6
Total                  73