IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 17-20045 GLT |
| Jason S. Shirey | ) | Chapter 13 |
| Tiffanie B. Shirey | ) | Docket No. |
| Tiffanie B. Saylor | ) | |
| Tiffanie B. Dunkle, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Jason S. Shirey | ) | |
| Tiffanie B. Shirey | ) | |
| Tiffanie B. Saylor | ) | |
| Tiffanie B. Dunkle, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 10, 2019 at docket number 53 and 54, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                            Respectfully submitted,

<u>February 20, 2020</u>                      <u>/s/ Kenneth Steidl</u>
DATE                                          Kenneth Steidl, Esquire
                                                   Attorney for the Debtor(s)

                                                   STEIDL & STEINBERG
                                                   Suite 2830 – Gulf Tower
                                                   707 Grant Street
                                                   Pittsburgh, PA  15219
                                                   (412) 391-8000
                                                   ken.steidl@steidl-steinberg.com
                                                   PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**