Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jason S. Shirey** : | Case No. 17−20045−GLT |
| **Tiffanie B. Shirey** : | Chapter: 13 |
| fka Tiffanie B. Saylor, fka Tiffanie B. Dunkle : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 74 |
| : | |
| v. : | Hearing Date: 8/26/20 at 11:00 AM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

　　　*AND NOW,* this *The 29th of June, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 74 by the Chapter 13 Trustee,

　　　It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

　　　(1)  *On or before August 13, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

　　　(2)  This Motion is scheduled for hearing on *August 26, 2020 at 11:00 AM* in Telephone Conference, Please consult procedures, Judge Taddonio's webpage, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

　　　(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

　　　(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Gregory L. Taddonio, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-20045-GLT
Jason S. Shirey                                                 Chapter 13
Tiffanie B. Shirey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Jun 29, 2020
                              Form ID: 604            Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
```
db/jdb          +Jason S. Shirey,    Tiffanie B. Shirey,    2190 Madison Road,    New Bethlehem, PA 16242-7312
cr               ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr              +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
14345678         ACMH Hospital,    P.O. Box 579,    Kittanning, PA 16201-0579
14345677        +ACMH Hospital,    c/o The SOS Group Collection Agency,    PO Box 16211,
                 Cleveland, OH 44116-0211
14345679        +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14345680        +American Education Services & PHEAA,    & Nelnet,    PO Box 61047,    Harrisburg, PA 17106-1047
14345681        +Auto Parts Service,    313 Broad Street,    New Bethlehem, PA 16242-1003
14345682        +Bradigan Cardgard Refueling Club,    PO Box 995,    Kittanning, PA 16201-0995
14358713       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas Company,    PO Box 742537,    Cincinnati, OH 45274-2537)
14358711        +Capital One Bank,    c/o FENTON & MCGARVEY LAW FIRM PSC,    attn: Robert Baroska, Esquire,
                 2401 STANLEY GAULT PARKWAY,    Louisville, KY 40223-4175
14345685         Citibank & LVNV Funding,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14345688        +Direct TV,    c/o Enhanced Recovery Company,    PO Box 1259,    Oaks, PA 19456-1259
14345690        +Downing Sanitation,    464 Kelley Estates,    Fairmount City, PA 16224-4112
14733256        +Educational Credit Management Corp.,    PO BOX 16408,    St. Paul, MN 55116-0408
14345692         First Premier Bank & Jefferson Capital,    Systems c/o Vision Financial Group,    PO Box 460260,
                 Saint Louis, MO 63146-7260
14345693        +Foundation Radiology Group,    PO Box 1198,    Somerset, PA 15501-0336
14345694        +Glade Run Medical,    PO Box 977,    Kittanning, PA 16201-0977
14358723         Great Lakes,    P. O. Box 3059,    Milwaukee, WI 53201-3059
14345696        +Gruver Contracting,    159 Pheasant Farm Road,    New Bethlehem, PA 16242-7621
14345697        +Heilig Meyer Furniture,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14345698        +Jason Lewis, Esq.,    423 Market Street,    Kittanning, PA 16201-1441
14358729        +LVNV Funding,    c/o Firstsource,    205 Bryant Woods South,    Amherst, NY 14228-3609
14358728         LVNV Funding,    c/o Dynamic Recovery Solutions,    PO Box 25759,    Greenville, SC 29616-0759
14358701        +LVNV Funding,    c/o Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
14358730        +Mahoning Township Municipal Authority,    PO Box 60,    Distant, PA 16223-0060
14345700        +Mahoning Township Municpal Authority,    PO Box 60,    Distant, PA 16223-0060
14358731        +Mahoning Township Sewage,    PO Box 60,    Distant, PA 16223-0060
14345701        +Mahoning Township Sewage,    PO Box 47,    Distant, PA 16223-0047
14345702         Murphy's Music,    c/o A1 Collection Services,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
14345703        +National City Bank & LVNV Funding,    c/o Northland Group, Inc.,    PO Box 390846,
                 Minneapolis, MN 55439-0846
15161550         NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
14352845        +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
14358735        +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14345706        +PNC Mortgage,    c/o KML Law Group PC,    Suite 500 BNY Mellon Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14345705        +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14638446        +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14345707        +S&T Bank,    800 Philadelphia Street,    Indiana, PA 15701-3908
14345708        +Sirius Satellite,    c/o EOS-CCA Collection Agency,    700 Longwater Drive,
                 Norwell, MA 02061-1624
14373977         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14345711        +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
14345712        +Windstream & LVNV Funding,    c/o Firstsource,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 30 2020 04:55:12
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
14345676        +E-mail/Text: Bankruptcies@nragroup.com Jun 30 2020 04:50:24     ACMH Hospital,
                 c/o National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14348312        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 30 2020 04:55:11     AIS Portfolio Services,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14351017        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 30 2020 04:49:00
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14393953         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2020 04:56:31
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14345683         E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 30 2020 04:55:54
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
14358710        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 04:55:10     Capital One Bank,
                 1500 Capital One Drive,    Richmond, VA 23286-0001
```

```
District/off: 0315-2           User: jhel                  Page 2 of 3                  Date Rcvd: Jun 29, 2020
                               Form ID: 604                Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14345684       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 04:55:46      Capital One Bank,
                 c/o Portfolio Recovery Associates,    140 Corporate Boulevard,    Norfolk, VA 23502-4952
14345689        E-mail/Text: Bankruptcy.Consumer@dish.com Jun 30 2020 04:49:33       Dish Network,   PO Box 7203,
                 Pasadena, CA 91109-7303
14345691       +E-mail/Text: bankruptcy@fncbinc.com Jun 30 2020 04:48:29       First Premier Bank,
                 c/o First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89437-6695
14345695        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 30 2020 04:49:00       GM Financial,
                 PO Box 183834,    Arlington, TX 76096-3834
14345699       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 04:56:24
                 Kay Jewelers & Sterling Jewelry,    c/o Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541-0914
14635692        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2020 04:55:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14355382        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2020 04:55:17
                 LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
                 Inc.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14345704       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 30 2020 04:50:20       Nationwide Insurance,
                 c/o Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14367978       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 04:55:47
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14345709       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 30 2020 04:48:33
                 Verizon Wireless,    PO Box 4002,   Acworth, GA 30101-9003
14345710       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 30 2020 04:49:39       West Penn Power,
                 5001 NASA Blvd.,    Fairmont, WV 26554-8248
14358740        E-mail/Text: bankruptcy@firstenergycorp.com Jun 30 2020 04:49:39       West Penn Power Company,
                 PO Box 3687,    Akron, OH 44309-3687
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14358714        Department of Education
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,    Arlington, TX 76096-3853
cr*             NewRez LLC d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10826,    Greenville, SC  29603-0826
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14358704*       ACMH Hospital,   P.O. Box 579,   Kittanning, PA 16201-0579
14358702*      +ACMH Hospital,   c/o National Recovery Agency,   2491 Paxton Street,
                 Harrisburg, PA 17111-1036
14358703*      +ACMH Hospital,   c/o The SOS Group Collection Agency,   PO Box 16211,
                 Cleveland, OH 44116-0211
14358705*      +Allegheny Health Network,   P.O. Box 645266,   Pittsburgh, PA 15264-5250
14358706*      +Auto Parts Service,   313 Broad Street,   New Bethlehem, PA 16242-1003
14358707*      +Bradigan Cardgard Refueling Club,   PO Box 995,   Kittanning, PA 16201-0995
14345687*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,   PO Box 117,   Columbus, OH 43216)
14358708*       Capital One Auto Finance,   PO Box 60511,   City of Industry, CA 91716-0511
14358709*      +Capital One Bank,   c/o Portfolio Recovery Associates,   140 Corporate Boulevard,
                 Norfolk, VA 23502-4952
14358712*      +Collections Services Center, Inc.,   106 North McKean St.,   PO Box 1623,
                 Butler, PA 16003-1623
14358715*      +Direct TV,   c/o Enhanced Recovery Company,   PO Box 1259,   Oaks, PA 19456-1259
14358716*       Dish Network,   PO Box 7203,   Pasadena, CA 91109-7303
14358717*      +Downing Sanitation,   464 Kelley Estates,   Fairmount City, PA 16224-4112
14358718*      +First Premier Bank,   c/o First National Collection Bureau,   610 Waltham Way,
                 Sparks, NV 89437-6695
14358719*       First Premier Bank & Jefferson Capital,   Systems c/o Vision Financial Group,   PO Box 460260,
                 Saint Louis, MO 63146-7260
14358720*      +Foundation Radiology Group,   PO Box 1198,   Somerset, PA 15501-0336
14358722*       GM Financial,   PO Box 183834,   Arlington, TX 76096-3834
14358721*      +Glade Run Medical,   PO Box 977,   Kittanning, PA 16201-0977
14358724*      +Gruver Contracting,   159 Pheasant Farm Road,   New Bethlehem, PA 16242-7621
14358725*      +Heilig Meyer Furniture,   c/o Dynamic Recovery Solutions,   PO Box 25759,
                 Greenville, SC 29616-0759
14358726*      +Jason Lewis, Esq.,   423 Market Street,   Kittanning, PA 16201-1441
14358727*      +Kay Jewelers & Sterling Jewelry,   c/o Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541-0914
14358732*       Murphy's Music,   c/o A1 Collection Services,   101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
14358733*      +Nationwide Insurance,   c/o Credit Collection Services,   725 Canton Street,
                 Norwood, MA 02062-2679
14358734*      +PHEAA,   PO BOX 8147,   Harrisburg, PA 17105-8147
14358736*      +PNC Mortgage,   c/o KML Law Group PC,   Suite 500 BNY Mellon Independence Center,
                 701 Market Street,   Philadelphia, PA 19106-1538
14358737*      +S&T Bank,   800 Philadelphia Street,   Indiana, PA 15701-3908
14358738*      +Sirius Satellite,   c/o EOS-CCA Collection Agency,   700 Longwater Drive,
                 Norwell, MA 02061-1624
14358739*      +Verizon Wireless,   PO Box 4002,   Acworth, GA 30101-9003
14358741*      +Windstream,   1720 Galleria Boulevard,   Charlotte, NC 28270-2408
```

```
District/off: 0315-2         User: jhel              Page 3 of 3           Date Rcvd: Jun 29, 2020
                             Form ID: 604            Total Noticed: 61
14345686     ##+Collections Services Center, Inc.,    106 North McKean St.,    PO Box 1623,
               Butler, PA 16003-1623
                                                                               TOTALS: 2, * 33, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Jason S. Shirey julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Joint Debtor Tiffanie B. Shirey julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```