**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JASON S. SHIREY<br>TIFFANIE B. SHIREY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:17-20045<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/06/2017 and confirmed on 3/13/17. The case was subsequently     Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 95,092.34 |
| Less Refunds to Debtor | 3,248.33 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,844.01 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,900.00 | |
|   Trustee Fee | 4,067.38 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,967.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG<br>    Acct: 3302 | 0.00 | 15,625.49 | 0.00 | 15,625.49 |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG<br>    Acct: 3302 | 3,769.68 | 3,769.68 | 0.00 | 3,769.68 |
|   MAHONING TOWNSHIP MUNICIPAL AUTH<br>    Acct: 0171 | 258.00 | 258.00 | 12.58 | 270.58 |
|   MAHONING TOWNSHIP SEWAGE<br>    Acct: 0171 | 553.00 | 553.00 | 26.99 | 579.99 |
|   CAPITAL ONE AUTO FINANCE**<br>    Acct: 6000 | 28,081.54 | 28,081.54 | 3,184.56 | 31,266.10 |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>    Acct: 5583 | 13,997.92 | 13,997.92 | 1,587.42 | 15,585.34 |
| | | | | 67,097.18 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JASON S. SHIREY<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JASON S. SHIREY<br>    Acct: | 3,248.33 | 3,248.33 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-20 | 500.00 | 500.00 | 0.00 | 0.00 |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   UNITED STATES DEPARTMENT OF EDUC<br>    Acct: 2137 | 18,208.25 | 3,490.24 | 1,441.75 | 4,931.99 |
|   ECMC(*)<br>    Acct: 2137 | 3,727.83 | 2,240.38 | 218.07 | 2,458.45 |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>    Acct: 5583 | 276.64 | 276.64 | 0.00 | 276.64 |
|   NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2441 | | | | |
| ARMSTRONG CNTY MEMORIAL HOSPTL | 2,819.38 | 2,819.38 | 0.00 | 2,819.38 |
| Acct: 7767 | | | | |
| ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AUTO PARTS SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0306 | | | | |
| BRADIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8082 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9123 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0906 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLUMBIA GAS OF PA INC(*) | 1,932.75 | 1,932.75 | 0.00 | 1,932.75 |
| Acct: 2200 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1723 | | | | |
| DOWNING SANITATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4283 | | | | |
| FIRST NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9393 | | | | |
| FOUNDATION RADIOLOGY GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLADE RUN MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRUVER CONTRACTING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HEILIG-MEYERS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6469 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2212 | | | | |
| A 1 COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1731 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0699 | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0778 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 106.22 | 106.22 | 0.00 | 106.22 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 1,957.90 | 1,957.90 | 0.00 | 1,957.90 |
| Acct: 9511 | | | | |
| WINDSTREAM COMMUNICATIONS | 523.88 | 523.88 | 0.00 | 523.88 |
| Acct: 2137 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 125.88 | 125.88 | 0.00 | 125.88 |
| Acct: 1969 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 1,646.36 | 1,646.36 | 0.00 | 1,646.36 |
| Acct: 0001 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: | | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | REDBANK VALLEY PARK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | THE SOS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | ARMSTRONG COUNTY MEMORIAL HOSP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | FENTON & MCGARVEY LAW FIRM PSC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 16,779.45 |

TOTAL PAID TO CREDITORS                                                              83,876.63

TOTAL
CLAIMED           0.00
PRIORITY     46,660.14
SECURED      31,325.09


Date: 06/26/2020                                /s/ Ronda J. Winnecour

                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
                                                SUITE 3250 US STEEL TWR
                                                PITTSBURGH, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JASON S. SHIREY<br>    TIFFANIE B. SHIREY<br>           Debtor(s)<br><br>    Ronda J. Winnecour<br>           Movant<br>       vs.<br>    No Repondents. | Case No.:17-20045<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-20045-GLT
Jason S. Shirey                                                         Chapter 13
Tiffanie B. Shirey
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3              Date Rcvd: Jun 29, 2020
                              Form ID: pdf900         Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
```
db/jdb         +Jason S. Shirey,    Tiffanie B. Shirey,    2190 Madison Road,    New Bethlehem, PA 16242-7312
cr              ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
14345678        ACMH Hospital,    P.O. Box 579,    Kittanning, PA 16201-0579
14345677       +ACMH Hospital,    c/o The SOS Group Collection Agency,    PO Box 16211,
                 Cleveland, OH 44116-0211
14345679       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14345680       +American Education Services & PHEAA,    & Nelnet,    PO Box 61047,    Harrisburg, PA 17106-1047
14345681       +Auto Parts Service,    313 Broad Street,    New Bethlehem, PA 16242-1003
14345682       +Bradigan Cardgard Refueling Club,    PO Box 995,    Kittanning, PA 16201-0995
14358713      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas Company,     PO Box 742537,    Cincinnati, OH 45274-2537)
14358711       +Capital One Bank,    c/o FENTON & MCGARVEY LAW FIRM PSC,    attn: Robert Baroska, Esquire,
                 2401 STANLEY GAULT PARKWAY,    Louisville, KY 40223-4175
14345685        Citibank & LVNV Funding,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14345688       +Direct TV,    c/o Enhanced Recovery Company,    PO Box 1259,    Oaks, PA 19456-1259
14345690       +Downing Sanitation,    464 Kelley Estates,    Fairmount City, PA 16224-4112
14733256       +Educational Credit Management Corp.,    PO BOX 16408,    St. Paul, MN 55116-0408
14345692        First Premier Bank & Jefferson Capital,    Systems c/o Vision Financial Group,    PO Box 460260,
                 Saint Louis, MO 63146-7260
14345693       +Foundation Radiology Group,    PO Box 1198,    Somerset, PA 15501-0336
14345694       +Glade Run Medical,    PO Box 977,    Kittanning, PA 16201-0977
14358723        Great Lakes,    P. O. Box 3059,    Milwaukee, WI 53201-3059
14345696       +Gruver Contracting,    159 Pheasant Farm Road,    New Bethlehem, PA 16242-7621
14345697       +Heilig Meyer Furniture,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14345698       +Jason Lewis, Esq.,    423 Market Street,    Kittanning, PA 16201-1441
14358729       +LVNV Funding,    c/o Firstsource,    205 Bryant Woods South,    Amherst, NY 14228-3609
14358728        LVNV Funding,    c/o Dynamic Recovery Solutions,    PO Box 25759,    Greenville, SC 29616-0759
14358701       +LVNV Funding,    c/o Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
14358730       +Mahoning Township Municipal Authority,    PO Box 60,    Distant, PA 16223-0060
14345700       +Mahoning Township Municpal Authority,    PO Box 60,    Distant, PA 16223-0060
14358731       +Mahoning Township Sewage,    PO Box 60,    Distant, PA 16223-0060
14345701       +Mahoning Township Sewage,    PO Box 47,    Distant, PA 16223-0047
14345702        Murphy's Music,    c/o A1 Collection Services,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
14345703       +National City Bank & LVNV Funding,    c/o Northland Group, Inc.,    PO Box 390846,
                 Minneapolis, MN 55439-0846
15161550        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
14352845       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
14358735       +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14345706       +PNC Mortgage,    c/o KML Law Group PC,    Suite 500 BNY Mellon Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14345705       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14638446       +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14345707       +S&T Bank,    800 Philadelphia Street,    Indiana, PA 15701-3908
14345708       +Sirius Satellite,    c/o EOS-CCA Collection Agency,    700 Longwater Drive,
                 Norwell, MA 02061-1624
14373977        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14345711       +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
14345712       +Windstream & LVNV Funding,    c/o Firstsource,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 30 2020 04:56:25
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
14345676       +E-mail/Text: Bankruptcies@nragroup.com Jun 30 2020 04:50:24      ACMH Hospital,
                 c/o National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14348312       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 30 2020 04:56:25      AIS Portfolio Services,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14351017       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 30 2020 04:49:00
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14393953        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2020 04:56:31
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14345683        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 30 2020 04:55:16
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
14358710       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 04:55:48      Capital One Bank,
                 1500 Capital One Drive,    Richmond, VA 23286-0001
```

```
District/off: 0315-2            User: jhel                   Page 2 of 3                  Date Rcvd: Jun 29, 2020
                                Form ID: pdf900              Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14345684       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 04:55:15      Capital One Bank,
                 c/o Portfolio Recovery Associates,   140 Corporate Boulevard,   Norfolk, VA 23502-4952
14345689        E-mail/Text: Bankruptcy.Consumer@dish.com Jun 30 2020 04:49:34      Dish Network,   PO Box 7203,
                 Pasadena, CA 91109-7303
14345691       +E-mail/Text: bankruptcy@fncbinc.com Jun 30 2020 04:48:29      First Premier Bank,
                 c/o First National Collection Bureau,   610 Waltham Way,   Sparks, NV 89437-6695
14345695        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 30 2020 04:49:00      GM Financial,
                 PO Box 183834,   Arlington, TX 76096-3834
14345699       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 04:56:25
                 Kay Jewelers & Sterling Jewelry,   c/o Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541-0914
14635692        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2020 04:55:58
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14355382        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2020 04:55:18
                 LVNV Funding, LLC its successors and assigns as,   assignee of Windstream Communications,,
                 Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14345704       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 30 2020 04:50:20      Nationwide Insurance,
                 c/o Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
14367978       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 04:55:51
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14345709       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 30 2020 04:48:34
                 Verizon Wireless,   PO Box 4002,   Acworth, GA 30101-9003
14345710        E-mail/Text: bankruptcy@firstenergycorp.com Jun 30 2020 04:49:39      West Penn Power,
                 5001 NASA Blvd.,   Fairmont, WV 26554-8248
14358740        E-mail/Text: bankruptcy@firstenergycorp.com Jun 30 2020 04:49:40      West Penn Power Company,
                 PO Box 3687,   Akron, OH 44309-3687
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14358714        Department of Education
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
cr*             NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,   Greenville, SC  29603-0826
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14358704*       ACMH Hospital,   P.O. Box 579,   Kittanning, PA 16201-0579
14358702*      +ACMH Hospital,   c/o National Recovery Agency,    2491 Paxton Street,
                 Harrisburg, PA 17111-1036
14358703*      +ACMH Hospital,   c/o The SOS Group Collection Agency,    PO Box 16211,
                 Cleveland, OH 44116-0211
14358705*      +Allegheny Health Network,    P.O. Box 645266,   Pittsburgh, PA 15264-5250
14358706*      +Auto Parts Service,   313 Broad Street,   New Bethlehem, PA 16242-1003
14358707*      +Bradigan Cardgard Refueling Club,    PO Box 995,   Kittanning, PA 16201-0995
14345687*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court:  Columbia Gas of PA,    PO Box 117,   Columbus, OH 43216)
14358708*       Capital One Auto Finance,   PO Box 60511,   City of Industry, CA 91716-0511
14358709*      +Capital One Bank,   c/o Portfolio Recovery Associates,    140 Corporate Boulevard,
                 Norfolk, VA 23502-4952
14358712*      +Collections Services Center, Inc.,    106 North McKean St.,   PO Box 1623,
                 Butler, PA 16003-1623
14358715*      +Direct TV,   c/o Enhanced Recovery Company,    PO Box 1259,   Oaks, PA 19456-1259
14358716*       Dish Network,   PO Box 7203,   Pasadena, CA 91109-7303
14358717*      +Downing Sanitation,   464 Kelley Estates,   Fairmount City, PA 16224-4112
14358718*      +First Premier Bank,   c/o First National Collection Bureau,    610 Waltham Way,
                 Sparks, NV 89437-6695
14358719*       First Premier Bank & Jefferson Capital,    Systems c/o Vision Financial Group,    PO Box 460260,
                 Saint Louis, MO 63146-7260
14358720*      +Foundation Radiology Group,    PO Box 1198,   Somerset, PA 15501-0336
14358722*       GM Financial,   PO Box 183834,   Arlington, TX 76096-3834
14358721*      +Glade Run Medical,   PO Box 977,   Kittanning, PA 16201-0977
14358724*      +Gruver Contracting,   159 Pheasant Farm Road,    New Bethlehem, PA 16242-7621
14358725*      +Heilig Meyer Furniture,   c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14358726*      +Jason Lewis, Esq.,   423 Market Street,   Kittanning, PA 16201-1441
14358727*      +Kay Jewelers & Sterling Jewelry,    c/o Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541-0914
14358732*       Murphy's Music,   c/o A1 Collection Services,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
14358733*      +Nationwide Insurance,   c/o Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
14358734*      +PHEAA,   PO BOX 8147,   Harrisburg, PA 17105-8147
14358736*      +PNC Mortgage,   c/o KML Law Group PC,    Suite 500 BNY Mellon Independence Center,
                 701 Market Street,   Philadelphia, PA 19106-1538
14358737*      +S&T Bank,   800 Philadelphia Street,   Indiana, PA 15701-3908
14358738*      +Sirius Satellite,   c/o EOS-CCA Collection Agency,    700 Longwater Drive,
                 Norwell, MA 02061-1624
14358739*      +Verizon Wireless,   PO Box 4002,   Acworth, GA 30101-9003
14358741*      +Windstream,   1720 Galleria Boulevard,   Charlotte, NC 28270-2408
```

```
District/off: 0315-2          User: jhel              Page 3 of 3              Date Rcvd: Jun 29, 2020
                              Form ID: pdf900         Total Noticed: 61
```

14345686    ##+Collections Services Center, Inc.,   106 North McKean St.,   PO Box 1623,
            Butler, PA 16003-1623

                                                                            TOTALS: 2, * 33, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Jason S. Shirey julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Joint Debtor Tiffanie B. Shirey julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5