**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason S. Shirey** | Social Security number or ITIN  **xxx–xx–2200** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tiffanie B. Shirey** | Social Security number or ITIN  **xxx–xx–2137** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17–20045–GLT**

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason S. Shirey

Tiffanie B. Shirey
fka Tiffanie B. Saylor, fka Tiffanie B. Dunkle

<u>8/14/20</u>

**By the court:**    <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-20045-GLT
Jason S. Shirey                                                     Chapter 13
Tiffanie B. Shirey
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: nsha               Page 1 of 3            Date Rcvd: Aug 14, 2020
                               Form ID: 3180W           Total Noticed: 63
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
```
db/jdb         +Jason S. Shirey,    Tiffanie B. Shirey,    2190 Madison Road,    New Bethlehem, PA 16242-7312
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
14345678        ACMH Hospital,    P.O. Box 579,    Kittanning, PA 16201-0579
14345677       +ACMH Hospital,    c/o The SOS Group Collection Agency,    PO Box 16211,
                 Cleveland, OH 44116-0211
14345679       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14345680       +American Education Services & PHEAA,    & Nelnet,    PO Box 61047,    Harrisburg, PA 17106-1047
14345681       +Auto Parts Service,    313 Broad Street,    New Bethlehem, PA 16242-1003
14345682       +Bradigan Cardgard Refueling Club,    PO Box 995,    Kittanning, PA 16201-0995
14358713      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas Company,     PO Box 742537,    Cincinnati, OH 45274-2537)
14358711       +Capital One Bank,    c/o FENTON & MCGARVEY LAW FIRM PSC,     attn: Robert Baroska, Esquire,
                 2401 STANLEY GAULT PARKWAY,    Louisville, KY 40223-4175
14345685        Citibank & LVNV Funding,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14345688       +Direct TV,    c/o Enhanced Recovery Company,    PO Box 1259,    Oaks, PA 19456-1259
14345690       +Downing Sanitation,    464 Kelley Estates,    Fairmount City, PA 16224-4112
14345692        First Premier Bank & Jefferson Capital,    Systems c/o Vision Financial Group,    PO Box 460260,
                 Saint Louis, MO 63146-7260
14345693       +Foundation Radiology Group,    PO Box 1198,    Somerset, PA 15501-0336
14345694       +Glade Run Medical,    PO Box 977,    Kittanning, PA 16201-0977
14358723        Great Lakes,    P. O. Box 3059,    Milwaukee, WI 53201-3059
14345696       +Gruver Contracting,    159 Pheasant Farm Road,    New Bethlehem, PA 16242-7621
14345697       +Heilig Meyer Furniture,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14345698       +Jason Lewis, Esq.,    423 Market Street,    Kittanning, PA 16201-1441
14358728        LVNV Funding,    c/o Dynamic Recovery Solutions,    PO Box 25759,    Greenville, SC 29616-0759
14358701       +LVNV Funding,    c/o Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
14358730       +Mahoning Township Municipal Authority,    PO Box 60,    Distant, PA 16223-0060
14345700       +Mahoning Township Municpal Authority,    PO Box 60,    Distant, PA 16223-0060
14358731       +Mahoning Township Sewage,    PO Box 60,    Distant, PA 16223-0060
14345701       +Mahoning Township Sewage,    PO Box 47,    Distant, PA 16223-0047
14345702        Murphy’s Music,    c/o A1 Collection Services,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
14345703        National City Bank & LVNV Funding,    c/o Northland Group, Inc.,    PO Box 390846,
                 Minneapolis, MN 55439-0846
15161550        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC  29603-0826
14352845       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
14358735       +PNC Bank,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14345706       +PNC Mortgage,    c/o KML Law Group PC,    Suite 500 BNY Mellon Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14345705       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14638446       +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14345707       +S&T Bank,    800 Philadelphia Street,    Indiana, PA 15701-3908
14345708       +Sirius Satellite,    c/o EOS-CCA Collection Agency,    700 Longwater Drive,
                 Norwell, MA 02061-1624
14373977        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
14345711       +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2020 04:26:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 15 2020 04:26:44     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: AISACG.COM Aug 15 2020 07:48:00      Capital One Auto Finance, a division of Capital On,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX  75016,
                 UNITED STATES 75016-5028
cr              EDI: ECMC.COM Aug 15 2020 07:48:00      ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
14345676        E-mail/Text: Bankruptcies@nragroup.com Aug 15 2020 04:27:34     ACMH Hospital,
                 c/o National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14348312       +EDI: AISACG.COM Aug 15 2020 07:48:00      AIS Portfolio Services,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14351017       +EDI: PHINAMERI.COM Aug 15 2020 07:48:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,    Arlington, TX 76096-3853
14393953        EDI: AIS.COM Aug 15 2020 07:48:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
14345683        EDI: CAPONEAUTO.COM Aug 15 2020 07:48:00      Capital One Auto Finance,    PO Box 60511,
                 City of Industry, CA 91716-0511
14358710       +EDI: CAPITALONE.COM Aug 15 2020 07:48:00      Capital One Bank,    1500 Capital One Drive,
                 Richmond, VA 23286-0001
```

```
District/off: 0315-2          User: nsha               Page 2 of 3            Date Rcvd: Aug 14, 2020
                              Form ID: 3180W           Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14345684       +EDI: PRA.COM Aug 15 2020 07:48:00      Capital One Bank,   c/o Portfolio Recovery Associates,
                 140 Corporate Boulevard,    Norfolk, VA 23502-4952
14345689        EDI: ESSL.COM Aug 15 2020 07:48:00      Dish Network,   PO Box 7203,   Pasadena, CA 91109-7303
14733256       +EDI: ECMC.COM Aug 15 2020 07:48:00      Educational Credit Management Corp.,   PO BOX 16408,
                 St. Paul, MN 55116-0408
14345691       +E-mail/Text: bankruptcy@fncbinc.com Aug 15 2020 04:25:51      First Premier Bank,
                 c/o First National Collection Bureau,    610 Waltham Way,   Sparks, NV 89437-6695
14345695        EDI: PHINAMERI.COM Aug 15 2020 07:48:00      GM Financial,   PO Box 183834,
                 Arlington, TX 76096-3834
14345699       +EDI: PRA.COM Aug 15 2020 07:48:00      Kay Jewelers & Sterling Jewelry,
                 c/o Portfolio Recovery Associates,    PO Box 12914,   Norfolk, VA 23541-0914
14358729       +EDI: FSAE.COM Aug 15 2020 07:48:00      LVNV Funding,   c/o Firstsource,
                 205 Bryant Woods South,    Amherst, NY 14228-3609
14635692        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2020 04:34:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14355382        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2020 04:34:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of Windstream Communications,,
                 Inc.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14345704       +EDI: CCS.COM Aug 15 2020 07:48:00      Nationwide Insurance,   c/o Credit Collection Services,
                 725 Canton Street,    Norwood, MA 02062-2679
14367978       +EDI: PRA.COM Aug 15 2020 07:48:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14345709       +EDI: VERIZONCOMB.COM Aug 15 2020 07:48:00      Verizon Wireless,   PO Box 4002,
                 Acworth, GA 30101-9003
14345710       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 15 2020 04:26:57      West Penn Power,
                 5001 NASA Blvd.,    Fairmont, WV 26554-8248
14358740        E-mail/Text: bankruptcy@firstenergycorp.com Aug 15 2020 04:26:57      West Penn Power Company,
                 PO Box 3687,    Akron, OH 44309-3687
14345712       +EDI: FSAE.COM Aug 15 2020 07:48:00      Windstream & LVNV Funding,   c/o Firstsource,
                 205 Bryant Woods South,    Amherst, NY 14228-3609
                                                                                             TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14358714        Department of Education
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,   Arlington, TX 76096-3853
cr*             NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,   Greenville, SC  29603-0826
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14358704*       ACMH Hospital,   P.O. Box 579,   Kittanning, PA 16201-0579
14358702*      +ACMH Hospital,    c/o National Recovery Agency,   2491 Paxton Street,
                 Harrisburg, PA 17111-1036
14358703*      +ACMH Hospital,    c/o The SOS Group Collection Agency,    PO Box 16211,
                 Cleveland, OH 44116-0211
14358705*      +Allegheny Health Network,    P.O. Box 645266,   Pittsburgh, PA 15264-5250
14358706*      +Auto Parts Service,    313 Broad Street,   New Bethlehem, PA 16242-1003
14358707*      +Bradigan Cardgard Refueling Club,    PO Box 995,   Kittanning, PA 16201-0995
14345687*     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     PO Box 117,   Columbus, OH 43216)
14358708*       Capital One Auto Finance,    PO Box 60511,   City of Industry, CA 91716-0511
14358709*      +Capital One Bank,    c/o Portfolio Recovery Associates,    140 Corporate Boulevard,
                 Norfolk, VA 23502-4952
14358712*      +Collections Services Center, Inc.,    106 North McKean St.,   PO Box 1623,
                 Butler, PA 16003-1623
14358715*      +Direct TV,    c/o Enhanced Recovery Company,   PO Box 1259,   Oaks, PA 19456-1259
14358716*       Dish Network,    PO Box 7203,   Pasadena, CA 91109-7303
14358717*      +Downing Sanitation,    464 Kelley Estates,   Fairmount City, PA 16224-4112
14358718*      +First Premier Bank,    c/o First National Collection Bureau,    610 Waltham Way,
                 Sparks, NV 89437-6695
14358719*       First Premier Bank & Jefferson Capital,    Systems c/o Vision Financial Group,   PO Box 460260,
                 Saint Louis, MO 63146-7260
14358720*      +Foundation Radiology Group,    PO Box 1198,   Somerset, PA 15501-0336
14358722*       GM Financial,    PO Box 183834,   Arlington, TX 76096-3834
14358721*      +Glade Run Medical,    PO Box 977,   Kittanning, PA 16201-0977
14358724*      +Gruver Contracting,    159 Pheasant Farm Road,   New Bethlehem, PA 16242-7621
14358725*      +Heilig Meyer Furniture,    c/o Dynamic Recovery Solutions,    PO Box 25759,
                 Greenville, SC 29616-0759
14358726*      +Jason Lewis, Esq.,    423 Market Street,   Kittanning, PA 16201-1441
14358727*      +Kay Jewelers & Sterling Jewelry,    c/o Portfolio Recovery Associates,   PO Box 12914,
                 Norfolk, VA 23541-0914
14358732*       Murphy's Music,    c/o A1 Collection Services,   101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
14358733*      +Nationwide Insurance,    c/o Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
14358734*      +PHEAA,   PO BOX 8147,    Harrisburg, PA 17105-8147
14358736*      +PNC Mortgage,    c/o KML Law Group PC,   Suite 500 BNY Mellon Independence Center,
                 701 Market Street,    Philadelphia, PA 19106-1538
14358737*      +S&T Bank,   800 Philadelphia Street,    Indiana, PA 15701-3908
```

```
District/off: 0315-2         User: nsha              Page 3 of 3                Date Rcvd: Aug 14, 2020
                             Form ID: 3180W          Total Noticed: 63


             ***** BYPASSED RECIPIENTS (continued) *****
14358738*       +Sirius Satellite,   c/o EOS-CCA Collection Agency,   700 Longwater Drive,
                  Norwell, MA 02061-1624
14358739*       +Verizon Wireless,   PO Box 4002,   Acworth, GA 30101-9003
14358741*       +Windstream,   1720 Galleria Boulevard,   Charlotte, NC 28270-2408
14345686       ##+Collections Services Center, Inc.,   106 North McKean St.,   PO Box 1623,
                  Butler, PA 16003-1623
                                                                                               TOTALS: 2, * 33, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Joint Debtor Tiffanie B. Shirey julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth  Steidl    on behalf of Debtor Jason S. Shirey julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```